**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

_____

LEONARDO V.M.,

                            Plaintiff,             Civil No. 26-2954 (JRT/ECW)

v.

                                       **ORDER OF RECUSAL**

TODD BLANCHE, ET AL.,

                        Defendants.

_____

The above-captioned case is assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code, Section 455, the undersigned recuses himself from hearing these matters.

Accordingly, **IT IS ORDERED** that pursuant to the Court's Order for Assignment of Cases dated May 27, 2026, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the master list of the automated case assignment system.

DATED:  June 15, 2026
at Minneapolis, Minnesota.

                                      /s/John R. Tunheim
                                      JOHN R. TUNHEIM
                              United States District Court