**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Leonardo V.M., | Civ. No. 26-2954 (JWB/ECW) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL** |
| Todd Blanche, et al., | |
| Defendant. | |

Pursuant to the parties' joint Stipulation of Dismissal (Doc. No. 13) and Fed. R. Civ. P. 41, **IT IS ORDERED** that Petitioner's Petition for Writ of Habeas Corpus (Doc. No. 1) is hereby **DISMISSED without prejudice** and this Court's June 16, 2026 Order enjoining Respondents from removing Petitioner from Minnesota (Doc No. 7) is hereby **VACATED**.

**LET JUDGEMENT BE ENTERED ACCORDINGLY.**

Dated: July 24, 2026                    *s/ Jerry W. Blackwell*
                                        JERRY W. BLACKWELL
                                        United States District Court Judge